"*Imminent Danger*"

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

James C. Winding #K8115
Plaintiff

v.    CASE NO. 4:23-cv-00024-MPM-RP

Burl Cain, MDOC Commissioner, et. al
Defendant

**PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT**

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: James C. Winding
   B. Name under which sentenced: James C. Winding
   C. Inmate identification number: K8115
   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): MSP, Unit 26 A, B-Zone, Bed #90, Parchman, MS
   E. Place of confinement: Parchman, MS

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: (1) Burl Cain
   Title (Superintendent, Sheriff, etc.): Commissioner
   Defendant's mailing address (street or post office box number, city, state, ZIP): 301 N. Lamar Street, Jackson, MS 39201

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 2

**2.** Name: Donald Faucett, M.D
Title (Superintendent, Sheriff, etc.): Chief Medical Officer
Defendant's mailing address (street or post office box number, city, state, ZIP): MDOC, 301 N. Lamar St, Jackson, MS 39201

**3.** Name: Timothy J. Donovan MD
Title (Superintendent, Sheriff, etc.): Deputy Medical Director
Defendant's mailing address (street or post office box number, city, state, ZIP): MDOC, 301 N. Lamar Street, Jackson, MS 39201

**4.** Name: VitalCore
Title (Superintendent, Sheriff, etc.): Cheif of Staff / Owner
Defendant's mailing address (street or post office box number, city, state, ZIP): Unit 42 Hospital, Parchman, MS 38738

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☒ Yes  ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:
   Plaintiff(s): James C. Winding #K8115
   Defendant(s): Ronald King
B. Court: USDC (Southern)
C. Docket No.: 5:05-cv-128
D. Judge's Name: DCB / MTP
E. Date suit filed: (See) Record
F. Date decided: 2005
G. Result (affirmed, reversed, etc.): (See) Records

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☒ Yes  ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).  ☒ Yes  ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

More Defendants ⟶ Next Page

<u>Additional</u>

<u>Named</u>

<u>Defendant(s)</u>

(5.) Management Training Corp.
"Owner"

Emcf

10641 Hwy 80 West

Meridian, ms 39307

PAGE 3

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☑ Yes ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☑ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I filED a Sensitive ARP August 15, 2022 and filED another Sensitive ARP November 29, 2022 I wrote a letter to MDOC Commissoner

(See) Attached A, B, C, D, E, F made many Attempts to Exhusts this ARP Remedy

"Suffering Liver Damage"

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

(See) Attached A, B, C, D, E, F made many Attempts to Exhusts this ARP Remedy

"Suffering Liver Damage"

"Imminent Damage"

PAGE 4

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

(See) Attached A, B, C, D, E, F made many attempts to Exhusts Any Remedy

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On December 20, 2022 I finally Received Written proof of evidence of me Suffering "Liver Damage" (See) Attached Exhibit "A". As of 1/30/2023 I am in majorly pain. Prior to this I have been suffering in pains for over (1) one year in half.
→ * All Named Defendant(s) acted with deliberate Indifference by their failure to train, monitor and Disregarded the Liver Damage Warning by continue ordering "checp" ongoing pain pills and on E.T.C (This is Medical Neglect) to my safty and health.
All Named Defendant(s) failure to Discipline there Employee's Responsible

(See) Estelle V. Gamble 429 US-97 (1926)
Suffering Chronic Pain

for issuing such order of Abuse that cause "Liver Damage" to me. As of 1/30/23 Defendant(s) still giving me Life threaten Medication!! — Suffering Chronic Pain —

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

That all named Defendants pay $100,000 to be sent to plaintiff Windy prison accounts. "This is my only amount Requested." further provide the treatment that is Required to save plaintiff Life. Any such Relief this Court deems Just.

This Complaint was executed at (location): MSP
and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 1/30/2023

James C. Windy
Plaintiff's Signature

"Additional Statement of Claim"

On 1/29/2023 (Sunday) @ 12:00 Noon I was taken to Parchman Unit 42 Hospital for Lab Result and pain in the Lower Level of my Right Side.

The CFN, A. Brown was on site/call. A. Brown Revein the Labs, in told me that my Liver is indeed damage.

CFN, A. Brown Sent email to her Supervisor for further Advisement.

No medication was issue. Pain was untreated due to investigation. However All meds need to be Stayed.

"End of Statement"

Mr. James Crawing #K8115
MSP
Unit 26A, B-Zone, bed #90
Parchman, MS 38738

To: Clerk, USDC
203 Gilmore Drive
Amory, MS 38821

↓

RE: "Imminent Danger"
Under (3) Strike Law
(See) Southern District Court Records

Dear Hon. Clerk,

Enclosed please find

① Imminent Danger 1983 Complaint, ② Motion for Temporary / Stay and TRO / Injunction Relief, and ③ Application In Forma Pauperis Status, to be filed in your usual manner.

1/31/2023
DATE

Respectfully
James Winding, Pro Se