

Exhibit "A"

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
Burl Cain
COMMISSIONER

Donald Faucett, M.D.
Chief Medical Officer

Office of Medical Compliance
601.359.5155 (o)
601.359.5165 (f)

**JAMES C WINDING   K8115**
MSP
UNIT 26, BLD A, ZONE B, BED 0090

December 20, 2022

Dear Mr. WINDING,

Thank you for your letter about your liver functions and additional legal issues.
I will only address your liver functions. I have reviewed your medical records, including all the medications you have taken since your incarceration. You liver enzymes are indeed elevated, and this should be investigated. I am in no position to argue if this is or is not due to pain medication until a thorough examination is complete.

I am forwarding this letter to VitalCore to ask that this be looked at.

Sincerely,

Timothy J. Donovan MD
Deputy Medical Director