

Exhibit "B"

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
BURL CAIN
COMMISSIONER

JEWORSKI MALLETT
DEPUTY COMMISSIONER

INSTITUTIONS
(601) 359-5600

August 15, 2022

Inmate: James Winding #K8115
Unit: EMCF

Your "sensitive" issue request has been received in this office.

Your sensitive issue request has been reviewed. In order for your complaint to be treated as sensitive, the Director of Administrative Remedy Program must agree with you and accept it as a sensitive issue.

I do not find that this issue meets the criteria for sensitive treatment; therefore, I am returning my response to you for submission through the Administrative Remedy Program (ARP) as a non-sensitive ARP and is therefore denied as to sensitive issue.

You will have five (5) days after receipt of this response to submit your potential grievance through regular channels to the ARP department at your facility for consideration.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

PC: RP
     File

301 NORTH LAMAR STREET · JACKSON, MISSISSIPPI 39201
PHONE: (601)359-5600 · FAX: (601)359-5624