

Exhibit "C"

**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**BURL CAIN**
**COMMISSIONER**

JEWORSKI MALLETT
DEPUTY COMMISSIONER

INSTITUTIONS
(601) 359-5600

November 29, 2022

Inmate: James Winding #K8115
Unit: 26 A

Your "sensitive" issue request has been received in this office.

Your sensitive issue request has been reviewed. In order for your complaint to be treated as sensitive, the Director of Administrative Remedy Program must agree with you and accept it as a sensitive issue.

I do not find that this matter meets the criteria for sensitive treatment; therefore, I am returning my response to you for submission through the Administrative Remedy Program (ARP) as a non-sensitive ARP and is therefore denied as to sensitive issue.

You will have five (5) days after receipt of this response to submit your potential grievance through regular channels to ILAP staff. ILAP will log the request into Offender Trac and then forward it to the ARP department at your housing facility for consideration.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

Pc:  RP
     File

301 NORTH LAMAR STREET · JACKSON, MISSISSIPPI 39201
PHONE: (601)359-5600 · FAX: (601)359-5624