Exhibit "D"

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # _____ - _____ - _____

Date: 12/20/22

Received By: James Vinding K8115

Witness: _____

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected       James Vinding # K8115

___/___ Letter #  SDX3  11/29/22  9/15/22

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file

YELLOW COPY - INMATE