Exhibit "E"

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # _____ - _____ - _____

Date: 1/20/23

Received By: James Windy K8115
                                                              MDOC #

Witness: _____
                                                              TITLE

_____ Form ARP-1 --- Offender's relief form

_____ Form ARP-2 --- 1st step response

_____ Form ARP-3 --- 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

\_\_/\_\_ Letter #     Comm corr. 1/3/23
                     James Winding # K8115

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file

YELLOW COPY - INMATE