*Exhibit "F"*

*Please file Letter from MDOC Commissioner Sexual Battery does Not Exist on N.C.I.C*

*USDC # 5:05-CV-178 malicious Arrest malicious Procuration Suffer Liven Damage*

**STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
BURL CAIN
COMMISSIONER**

October 14, 2022

James Winding. MDOC #K8115
MSP Unit 26, Bld A, Zone B, Bed 90
Parchman, MS 38738

Dear James,

Thank you for your letters regarding your sentencing and incarceration. Yours is an unfortunate situation but please understand I don't have any authority or control over an inmate's sentence rendered by a judge. The judge sets the time and the sentence conditions – I just keep the keys.

If you believe your sentencing was in error, you may wish to seek legal advice. Sorry I can't be of additional assistance to you in this matter.

God Bless!

Burl Cain
MDOC Commissioner